**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01504-REB-KMT

DEBORAH WHEELER,

    Plaintiff,

v.

STEINER & SONS, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss With Prejudice** [#20] filed March 16, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice** [#20] filed March 16, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for October 2, 2009, is **VACATED**;

3. That the jury trial set to commence October 26, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 16, 2009, at Denver, Colorado.

                      BY THE COURT:

                      *Bob Blackburn*
                      Robert E. Blackburn
                      United States District Judge